

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-24-00035-CR

Benjamin **AGUILERA**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 437th Judicial District Court, Bexar County, Texas
Trial Court No. 2021CR11731
Honorable Joel Perez, Judge Presiding

BEFORE JUSTICE ALVAREZ, JUSTICE RODRIGUEZ, AND JUSTICE VALENZUELA

In accordance with this court's memorandum opinion of this date, this appeal is DISMISSED. *See* TEX. R. APP. P. 25.2(d).

SIGNED March 20, 2024.

Liza A. Rodriguez, Justice